# UNITED STATES DISTRICT COURT
## for the District of New Jersey [LIVE]
### Newark, NJ

THS GROUP LLC

                        Plaintiff,

v.                                     Case No.: 2:20−cv−15655−KSH−CLW

COVALENT MARKETING, LLC, et al.

                        Defendant.

Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID L − 006493 20

**Dear Clerk of Court:**

   Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                              Very truly yours,

                                              William T. Walsh, Clerk
                                              By Deputy Clerk, lag

encl.
cc: All Counsel